JOSEPH A. SCANLAN, JR., ESQ., SBN 101928
jas@millermorton.com
MILLER, MORTON, CAILLAT & NEVIS, LLP
25 Metro Drive, 7th Floor
San Jose, California  95110
Telephone:  (408) 292-1765
Facsimile:  (408) 436-8272

Attorneys for Plaintiff COUNCIL OF ENGINEER
AND LABORATORY EMPLOYERS

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### San Francisco Branch

| | |
|---|---|
| COUNCIL OF ENGINEER AND LABORATORY EMPLOYERS, <br><br>　　　　Plaintiff, <br><br>vs. <br><br>OPERATING ENGINEERS, LOCAL UNION NO. 3, <br><br>　　　　Defendant. | Case No.:  CV12-02228 JSW <br><br>[PROPOSED] ORDER DISMISSING DEFENDANT OPERATING ENGINEERS, LOCAL UNION 3 |

Upon consideration of the request of plaintiff Council of Engineer And Laboratory Employer (collectively referred to as "Plaintiff").

IT IS HEREBY ORDERED that defendant OPERATING ENGINEERS, LOCAL UNION NO. 3 is hereby dismissed.

The Clerk shall close the file.

Dated: September 19, 2012   _____
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE