JOSEPH A. SCANLAN, JR., ESQ., SBN 101928
jas@millermorton.com
MILLER, MORTON, CAILLAT & NEVIS, LLP
25 Metro Drive, 7th Floor
San Jose, California 95110
Telephone: (408) 292-1765
Facsimile: (408) 436-8272

Attorneys for Plaintiff COUNCIL OF ENGINEER
AND LABORATORY EMPLOYERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Branch

| | |
|---|---|
| COUNCIL OF ENGINEER AND LABORATORY EMPLOYERS, <br><br> Plaintiff, <br><br> vs. <br><br> OPERATING ENGINEERS, LOCAL UNION NO. 3, <br><br> Defendant. | Case No.: CV12-02228 JSW <br><br> [~~PROPOSED~~] ORDER DISMISSING DEFENDANT OPERATING ENGINEERS, LOCAL UNION 3 |

Upon consideration of the request of plaintiff Council of Engineer And Laboratory Employer (collectively referred to as "Plaintiff").

IT IS HEREBY ORDERED that defendant OPERATING ENGINEERS, LOCAL UNION NO. 3 is hereby dismissed.

The Clerk shall close the file.

Dated: September 19, 2012    _____
                             UNITED STATES DISTRICT JUDGE

---

1

PROPOSED ORDER DISMISSING DEFENDANT OPERATING ENGINEERS, LOCAL UNION NO. 3